UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

JORDAN WALKER, HERMINIO HEREDIA, CHRISTIAN
MARQUEZ, ALEXANDER MARQUEZ, MICHAEL CASTENON and
JOSHUA ACEVEDO,

**STIPULATION AND
ORDER OF VOLUNTARY
DISMISSAL AND
WITHDRAWAL
WITH PREJUDICE
PURSUANT TO FED. R.
CIV. P. 41(a)(1)(A)(ii)**

Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER CHRISTOPHER
THOMAS, Shield No. 12968; and JOHN AND JANE DOE 1 through
10, individually and in their official capacities (the names John and Jane
Doe being fictitious, as the true names are presently unknown),

15-CV-5879 (ERK)(JO)

Defendants.

-------------------------------------------------------------------- X

          **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P.
41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims that were
asserted or could have been asserted on behalf of the plaintiffs Jordan Walker, Herminio Heredia,
Christian Marquez, Alexander Marquez, Michael Castenon, and Joshua Acevedo agai nst defendants
CITY OF NEW YORK, POLICE OFFICER CHRISTOPHER THOMAS, JOHN AND JANES DOE 1
through 10, including their successors and assignees, and all past and present officials, employees,
representatives and agents of the City of New York, arising out of the events alleged in the Complaint in
this matter, <u>Jordan Walker, et al. v. City of New York, et. al</u>, 15-CV-5879, are hereby dismissed and
withdrawn, with prejudice, and without costs, expenses or attorney's fees to either party.

March 21, 2016

LAW OFFICE OF ROBERT MARINELLI
*Attorney for Plaintiffs Jordan Walker, Herminio
Heredia, Christian Marquez, Alexander
Marquez, Michael Castenon, and Joshua
Acevedo*

By: _____
    Robert Marinelli, Esq.
    305 Broadway, 9th Floor
    New York, NY 10007
    Tel:  (212) 822-1427

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York and
Officer Thomas*

By: _____
    Evan Brustein
    Senior Counsel
    Special Federal Litigation Division
    100 Church Street, Room 3-147
    New York, New York 10007
    Tel:  (212) 356-2651

SO ORDERED:

_____
HONORABLE JAMES ORENSTEIN
United States Magistrate Judge